UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 17-461-DCR |
| V. | ) ) | |
| VIRGINIA ARNETT, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Pamela D. Perlman was appointed to serve as warning order attorney for Defendant Unknown Spouse of Virginia Arnett. [Record No. 7] Attorney Perlman has now filed her report and requests payment of fees and expenses. [Record No. 8] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report is **ACCEPTED**, and attorney Pamela D. Perlman motion for an award of fees and reimbursement of expenses [Record No. 8] is **GRANTED**.

2. Attorney Perlman is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that she be allowed an attorney fee of $200.00 and reimbursement of expenses in the amount of $3.45.

This 2nd day of April, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge