UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-461-DCR |
| V. | ) | |
| VIRGINIA ARNETT, et al., | ) | **ORDER** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Attorney Robert L. Abell was appointed to serve as warning order attorney for Defendant Virginia Arnett. [Record No. 7] Attorney Abell has now filed his report and requests payment of fees and expenses. [Record No. 11] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report is **ACCEPTED**, and attorney Robert L. Abell's motion for an award of fees and reimbursement of expenses [Record No. 11] is **GRANTED**.

2. Attorney Abell is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that he be allowed an attorney fee of $200.00 and reimbursement of expenses in the amount of $8.25.

This 30th day of April, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge